■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASSAN NELSON, Appellant. [754 NYS2d 892] —Appeal by the defendant from a judgment of the County Court, Nassau County (Cotter, J.), rendered December 14, 1999, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of robbery in the first degree and robbery in the second degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence

in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental brief, are either unpreserved for appellate review or without merit. Santucci, J.P., Krausman, Adams and Crane, JJ., concur.